

ABD&PAR/USAO#2015R00189

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JAN 24 AM 8:20

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. ELH-15-131 |
| | * |
| **DAVID EDWARD WEATHERHOLTZ,** | * (Production of Child Pornography, |
| **Defendant** | * 18 U.S.C. § 2251(a); Attempted Enticement, |
| | * 18 U.SC. § 2422(b); Possession of Child |
| | * Pornography, 18 U.S.C. § 2252A(a)(5)(B); |
| | * Aiding and Abetting, 18 U.S.C. § 2; |
| | * Forfeiture, 18 U.S.C. § 2253) |

*******

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE
**(Production of Child Pornography)**

The Grand Jury for the District of Maryland charges that:

At some time in 2008 or 2009, in the District of Maryland, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, an image of a minor male, John Doe 1, standing naked, with genitals visible, superimposed over a rainbow album cover.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT TWO
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning in 2008, and continuing thereafter until on or about 2011, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, (1) an image of John Doe 1 tied and bound to a bed with his genitals wrapped with a red string; (2) an image of John Doe 1's head, face, and genitals; (3) an image of John Doe 1's anus, genitals and lower half of his body while lying on a bed; and (4) an image of John Doe 1's genitals and abdomen with what appears to be semen on his abdomen.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT THREE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

In or about August 2012, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is a video of the defendant and John Doe 1, a minor male, engaged in sexual intercourse.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FOUR
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

In or about August 2010, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, (1) an image of John Doe 1 exposing his erect genitals; (2) an image of the defendant performing oral sex on John Doe 1; (3) another image of the defendant performing oral sex on John Doe 1; (4) an image of John Doe 1 performing oral sex on the defendant; (5) an image of the defendant spreading John Doe 1's anus; (6) an image of John Doe 1 holding the defendant's genitals; and (7) an image of John Doe 1 performing anal sex on the defendant.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FIVE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 30, 2009, in the District of Maryland, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, a video of John Doe 1, a minor male, naked and playing a video game, and the video focuses on John Doe 1's genitalia.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SIX
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

In or about December 2012, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, (1) a video of the defendant and John Doe 1 performing oral sex on each other; and (2) a video of the defendant engaged in anal sex with John Doe 1.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SEVEN
## (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about a date between June 2010 and August 2010, and continuing thereafter until in or about August 2010, in the District of Maryland, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, which visual depiction had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, (1) an image of John Doe 2 masturbating with his genitals, and Joe Doe 2 is naked from the waist down; and (2) an image of John Doe 2 with his buttocks exposed and spreading his buttocks to expose his anus.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT EIGHT
## (Attempted Enticement)

The Grand Jury for the District of Maryland further charges that:

Beginning on or about December 3, 2014, and continuing thereafter until on or about December 16, 2014, in the District of Maryland, the defendant,

## DAVID EDWARD WEATHERHOLTZ,

did attempt, using the mail and any facility and means of interstate and foreign commerce, to wit: electronic mail and text messaging, to knowingly persuade, induce, entice and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. § 2422(b)
18 U.S.C. § 2

## COUNT NINE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 16, 2014, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Western Digital Hard Drive, serial number WD-WMAM9VR66718, manufactured outside the District of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct, including, but not limited to, files with the following titles:

(1) "SP2 12 21 08 005. jpg" – an image file that depicts a hand holding a minor male's penis;

(2) "SP2 12 21 08 004.jpg" – an image file that depicts a minor male's erect penis;

(3) "SP2 12 21 08 003.jpg" – an image file that depicts a side view of a hand holding a minor male's penis;

(4) "SP2 12 21 08 002.jpg" – an image file that that depicts a minor male's erect penis;

(5) "SP NOV 08 001.jpg" – an image file that depicts a hand holding a minor male's penis;

(6) "SP NOV 08 002.jpg" – an image file that depicts a side view of a minor male's erect penis;

9

(7) "SP NOV 08 003.jpg" – an image file that depicts a front view of a minor male's penis and testicles; and

(8) "SP NOV 08 004.jpg" – an image file that depicts a minor male's erect penis from a top to bottom view.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT TEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning at least in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant possessed a TDK VHS-C video tape, serial number AHEB922, manufactured outside the District of Maryland, containing visual depictions of prepubescent minors—John Doe 3 and John Doe 4—engaged in sexually explicit conduct.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT ELEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning at least in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, that is, the defendant possessed a second TDK VHS-C video tape, serial number AHDJ925, manufactured outside the District of Maryland, containing visual depictions of prepubescent minors—John Doe 3 and John Doe 4—engaged in sexually explicit conduct.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT TWELVE
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an HP Invent CD, manufactured outside the District of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct, including, but not limited to, a video file with the title "Gay-Kdv 02 Preteen- 2 young Boys 14 y.o. and 10 y.o. Play.mpg."

18 U.S.C. § 2252A(a)(5)(B)

## COUNT THIRTEEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an HP Invent CD, manufactured outside the District of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct, including, but not limited to, a video file with the title "Pjk Kdv rbv Gerbys (Boner Boy)Plump Blond 10Yo,Skinny Dk-Hai.mpg."

18 U.S.C. § 2252A(a)(5)(B)

## COUNT FOURTEEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

## DAVID EDWARD WEATHERHOLTZ,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an HP Invent CD, manufactured outside the District of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct, including, but not limited to, a video file with the title "Gay Boy Danny at 10yo rims and licks his 9yo old brother.mpg."

18 U.S.C. § 2252A(a)(5)(B)

## COUNT FIFTEEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Beginning in or about May 2006, and continuing thereafter until on or about March 30, 2015, in the District of Maryland, the defendant,

### DAVID EDWARD WEATHERHOLTZ,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an HP Invent CD, manufactured outside the District of Maryland, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct, including, but not limited to, a video file with the title "zadoom pedo kdv rizmaster preteen boys yr pedo cp r@ygol.mpg."

18 U.S.C. § 2252A(a)(5)(B)

## FORFEITURE

As a result of the offenses set forth in Counts One through Fifteen, the defendant,

**DAVID EDWARD WEATHERHOLTZ,**

shall forfeit to the United States his interest in all property, real and personal,

(1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One through Fifteen including but not limited to:

    a.     the residence located at 49 Deep Channel Drive, Berlin, MD 21811

    b.     the defendant's interest in the commercial real estate property located at 12600 Marjan Lane, Ocean City, MD 21842

    c.     a Western Digital Hard Drive, serial number WD-WMAM9VR66718;

    d.     a Dell Inspiron 1525 Laptop, serial number HPVKYG1, containing a Toshiba hard drive, serial number 295GT60ZTCV8EC;

    e.     a Dell Desktop computer, serial number 73BBYD1, containing a Western Digital hard drive, serial number WCASY2211489; and

    f.     a Dell Inspiron Desktop Computer, serial number JMBQHX1, containing a Seagate Barracuda hard drive, serial number W2AV516Z, and a Seagate Barracuda hard drive, serial number 5QE4ASYX;

and

(2) that constitutes or traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offense in Counts One through Fifteen.

18 U.S.C. §§ 2428, 2253

_Rod J. Rosenstein /pmf_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

1-24-17
Date

Foreperson